UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SEAN DOYLE SCHREIBER and　　　　　　　　Case No.:  8:19-bk-05558-CPM
STEPHANIE BATTEN SCHREIBER,　　　　　　Chapter:  13

　　　　Debtors.　　　　　　　　　　　　/
_____

## OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan") (Doc. No. 11) and in support thereof states:

1.　　Debtors' Bankruptcy Case:　　This case was commenced by the filing of a voluntary Chapter 13 petition on June 12, 2019 (the "Petition Date") by Sean Doyle Schreiber and Stephanie Batten Schreiber (the "Debtors").

2.　　Collateral:　　Secured Creditor holds a mortgage lien against the Debtors' real property located at 1116 E Oakwood Street, Tarpon Springs, FL 34689 (the "Property").

3.　　Secured Creditor's Claim:　　Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claim's deadline.  Secured Creditor anticipates a total secured claim of $251,165.87, arrearages in the amount of $148,315.06, and a total monthly payment of $1,486.09 ($836.98 for principal and interest and $649.11 for escrow).

_____
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

4. Plan Treatment: The Debtors' Plan fails to provide for treatment to Secured Creditor. Secured Creditor requests that the Debtors file an amended plan to surrender the Property or provide for payment.

5. Debtors' Schedules: The Debtors' Schedule A discloses the Property is the Debtors' property, the Property is not exempt on Schedule C, and Schedule D includes the mortgage/note as a secured debt.

6. Secured Creditor does not Consent to the Plan: Secured Creditor does not consent to the treatment of its claim as proposed by the Debtors' Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

7. Attorney's Fees and Costs: Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

8. Objection: Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtors' Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By: */s/Ashley Prager Popowitz*
 Ashley Prager Popowitz
 Florida Bar No. 72341
 Attorney for Creditor
 110 S.E. 6th Street, Suite 2400
 Ft. Lauderdale, FL 33301
 Phone: 754-263-1065
 Fax: 754-263-1065
 Email: Ashley.Popowitz@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 25, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Sean Doyle Schreiber, 1116 East Oakwood Street, Tarpon Springs, FL 34689 and Stephanie Batten Schreiber, 1116 East Oakwood Street, Tarpon Springs, FL 34689.

By:     /s/Ashley Prager Popowitz
        Ashley Prager Popowitz

- Ashley Prager Popowitz Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
- United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV
- Victor H Veschio BANKRUPTCY@GIBBLAW.COM, VVESCHIO@GIBBLAW.COM
- Jon Waage jwflecf@trustee13.com